*SMITH & SUSSON, LLP*
660 Newport Center Drive, Suite 100
Newport Beach, CA 92660
Telephone (949) 706-1776
Facsimile  (949) 706-0776
Scott A. Smith, SBN 62838
Linda J. Burden, SBN 176991
scott@smithandsusson.com

**WILLIAM A. PIGG, LLC**
13337 Kit Lane
Dallas, Texas 75240
Telephone (323) 204-2999
Facsimile   (323) 375-0158
William A. Pigg, Louisiana SBN 24189
wapigg_law@yahoo.com

Attorneys for Plaintiffs DOUGLAS SCHULTZ, DON MACLEAN, GEORGE
MANUELIAN, and MATTHEW TEEPLE

**HOWARD L. BOBB**
1167 Bridge Street
Philadelphia, Pennsylvania 19124
Telephone (215) 537-2785

Facsimile  (215) 535-4560

Howard L. Bobb

hbobb1@verizon.net

Attorney for Defendants, TECH START CONSULTING (USA), INC., AVERY P.
HONG, and SURAJIET KHANNA
/ /
/ /
/ /
/ /
/ /
/ /
/ /
/ /
/ /
/ /
/ /
/ /

// 
// 
// 
// 
// 
// 
// 
// 
// 
// 
// 
// 
//

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
SOUTHERN DIVISION

| | |
|---|---|
| DOUGLAS SCHULTZ, DON MACLEAN, GEORGE MANUELIAN, and MATTHEW TEEPLE, | CASE NUMBER<br>SACV 07-1106-JVS(MLGx)<br>Assigned to Hon. JAMES V. SELNA<br>Dept. 10-C |
| Plaintiffs, | **STIPULATED JUDGMENT ON THE MERITS AGAINST DEFENDANTS TECH-START CONSULTING (USA), INC., AVERY P. HONG, AND SURAJIET KHANNA, JOINTLY AND SEVERALLY** |
| v. | |
| TECH START CONSULTING (USA), INC., AVERY P. HONG, and SURAJIET KHANNA, | |
| Defendants. | |

// 

//

_____
**STIPULATED JUDGMENT ON THE MERITS AGAINST DEFENDANTS TECH-START CONSULTING (USA), INC., AVERY P. HONG, AND SURAJIET KHANNA, JOINTLY AND SEVERALLY**
2

## STIPULATED JUDGMENT ON THE MERITS

Plaintiffs, DOUGLAS SCHULTZ, DON MACLEAN, GEORGE MANUELIAN and MATTHEW TEEPLE, have commenced this action by filing their Complaint and First Amended Complaint herein, and Defendants TECH START CONSULTING (USA), INC., AVERY P. HONG and SURAJIET KHANNA have been served with the Summons, Complaint and First Amended Complaint. Defendants TECH START CONSULTING (USA), INC., AVERY P. HONG, and SURAJIET KHANNA, represented by their attorney whose signature appears below, confess Judgment on the merits in this action without adjudication of any issue of fact or law by admitting liability herein.

THEREFORE, it is ORDERED, ADJUDGED AND DECREED as follows:

### 1. FINDINGS

1.  This Court has jurisdiction over the subject matter and the parties pursuant to 28 U.S.C. § 1332(a)(1).

2.  Venue is proper in the Central District of California - Southern Division as to all parties pursuant to 28 U.S.C. § 1391(a)(2).

3.  Plaintiffs have stated a claim on which relief may be granted pursuant to California *Civil Code* §§ 1572, 1573, 1709, 1710(3), 3300, and 3302.

/ /

_____

4.  Defendants TECH START CONSULTING (USA), INC., AVERY P. HONG, and SURAJIET KHANNA have entered into this Stipulated Judgment freely and without coercion after advice and counsel from their attorney. Defendants TECH START CONSULTING (USA), INC., AVERY P. HONG, and SURAJIET KHANNA further acknowledge that they have read the terms of this Stipulated Judgment and are prepared to abide by them.

5.  Defendants TECH START CONSULTING (USA), INC., AVERY P. HONG, and SURAJIET KHANNA hereby waive all rights to appeal or otherwise challenge or contest the validity of this Stipulated Judgment.

6.  The total amount of this Stipulated Judgment in favor of all Plaintiffs and against Defendants TECH START CONSULTING (USA), INC., AVERY P. HONG, and SURAJIET KHANNA, jointly and severally, is ONE MILLION FIVE HUNDRED THOUSAND and 00/100 DOLLARS ($1,500,000.00) with judicial interest thereon pursuant to 28 U.S.C. §1961 plus an additional amount of FIFTY SIX THOUSAND EIGHTY and 00/100 DOLLARS ($56,080.00) in Attorney's Fees and of NINE HUNDRED SEVENTY-ONE AND 51/100 DOLLARS ($971.51) in costs incurred by Plaintiffs, broken down as follows:

/ /

/ /

## A.  JOINT AND SEVERAL LIABILITY OF DEFENDANTS TECH START CONSULTING (USA), INC., AVERY P. HONG, AND SURAJIET KHANNA TO PLAINTIFF DOUGLAS SCHULTZ

The principal sum of FOUR HUNDRED TEN THOUSAND and 00/100

DOLLARS ($410,000.00) plus judicial interest thereon at the statutory rate

pursuant to 28 U.S.C. §1961 from date of entry of this Stipulated Judgment until

June 1, 2009.

## B.  JOINT AND SEVERAL LIABILITY OF DEFENDANTS TECH START CONSULTING (USA), INC., AVERY P. HONG, AND SURAJIET KHANNA TO PLAINTIFF DON MACLEAN

The principal sum of FOUR HUNDRED NINETY THOUSAND and

00/100 DOLLARS ($490,000.00) plus judicial interest thereon at the statutory rate

pursuant to 28 U.S.C. §1961 from date of entry of this Stipulated Judgment until

June 1, 2009.

## C.  JOINT AND SEVERAL LIABILITY OF DEFENDANTS TECH START CONSULTING (USA), INC., AVERY P. HONG, AND SURAJIET KHANNA TO PLAINTIFF GEORGE MANUELIAN

The principal sum of ONE HUNDRED EIGHTY FIVE THOUSAND and

00/100 DOLLARS ($185,000.00) plus judicial interest thereon at the statutory rate

pursuant to 28 U.S.C. §1961 from date of entry of this Stipulated Judgment until

June 1, 2009.

/ /

### D.  JOINT AND SEVERAL LIABILITY OF DEFENDANTS TECH START CONSULTING (USA), INC., AVERY P. HONG, AND SURAJIET KHANNA TO PLAINTIFF MATTHEW TEEPLE

The principal sum of FOUR HUNDRED FIFTEEN THOUSAND and 00/100 DOLLARS ($415,000.00) plus judicial interest thereon at the statutory rate pursuant to 28 U.S.C. §1961 from date of entry of this Stipulated Judgment until June 1, 2009.

### 2.  ATTORNEY'S FEES AND COSTS

IT IS FURTHER ORDERED, ADJUDGED AND DECREED that Defendants TECH START CONSULTING (USA), INC., AVERY P. HONG, and SURAJIET KHANNA shall be jointly and severally liable unto Plaintiffs for Attorney's Fees in the amount of FIFTY SIX THOUSAND EIGHTY AND 00/100 DOLLARS ($56,080.00) and NINE HUNDRED SEVENTY-ONE AND 51/100 DOLLARS ($971.51) in costs, with said amounts to be divided equally among Plaintiffs.

### 3.  PENALTY INTEREST

IT IS FURTHER ORDERED, ADJUDGED AND DECREED that, pursuant to the agreement of Defendants TECH START CONSULTING (USA), INC., AVERY P. HONG, and SURAJIET KHANNA, any amounts referred to in Section 1 (6) herein that remain unpaid on June 1, 2009 shall accrue penalty interest at the

rate of TWELVE PERCENT (12%) per annum, commencing June 1, 2009 until

paid in full; said liability therefor to be joint and several by and between the said

Defendants.

## 4.  NON-DISCHARGEABILITY IN BANKRUPTCY

IT IS FURTHER ORDERED, ADJUDGED AND DECREED that the joint

and several liability herein of Defendants AVERY P. HONG and SURAJIET

KHANNA shall not be dischargeable in any bankruptcy proceeding as the said

Defendants have acknowledged and agreed that the underlying nature of their

indebtedness falls within the non-dischargeability provisions contained in 11

U.S.C. § 523(a)(2)(A).

IT IS FURTHER ORDERED, ADJUDGED AND DECREED that the joint

and several liability herein of Defendant TECH START CONSULTING (USA),

INC. shall not be dischargeable in any bankruptcy proceeding as the said

Defendant has acknowledged and agreed that the underlying nature of its

indebtedness falls within the non-dischargeability provisions contained in 11

U.S.C. § 523(a)(2)(B).

## 5.  RETENTION OF JURISDICTION

IT IS FURTHER ORDERED that this Court shall retain jurisdiction of this

matter for the purpose of enabling the parties to apply to the Court at any time for

such further orders and directives as may be necessary or appropriate for the interpretation of the terms hereof or for the enforcement or compliance herewith.

### 6.  EXECUTION ON STIPULATED JUDGMENT

IT IS FURTHER ORDERED that this Stipulated Judgment shall not become executory until June 1, 2009.

### 7.  COMPLETE AGREEMENT

The parties, by their respective counsel, hereby consent to entry of the foregoing Stipulated Judgment which shall constitute a final judgment and order as to Defendants TECH START CONSULTING (USA), INC., AVERY P. HONG, and SURAJIET KHANNA.  The parties further stipulate and agree that entry of the foregoing Stipulated Judgment shall constitute a full, complete and final resolution of this action against Defendants TECH START CONSULTING (USA), INC., AVERY P. HONG, and SURAJIET KHANNA.

SO ORDERED this 14th day of May, 2009.

_____
Hon. James V. Selna - U.S. District Judge

The foregoing Stipulated Judgment has been approved as to content and form by the undersigned:

DATED: May ___,  2009               SMITH & SUSSON, LLP


                                    By_____
                                         SCOTT A. SMITH
                                         LINDA J. BURDEN


                                    WILLIAM A. PIGG, LLC


                                    By_____
                                         WILLIAM A. PIGG

                                    Attorneys for Plaintiffs:
                                    DOUGLAS SCHULTZ
                                    DON MACLEAN
                                    GEORGE MANUELIAN and
                                    MATTHEW TEEPLE

DATED: May 4, 2009                  TECH START CONSULTING (USA) INC.


                                    By _____
                                         SURAJIET KHANNA


                                    SURAJIET KHANNA


                                    By _____
                                         SURAJIET KHANNA

_____
**STIPULATED JUDGMENT ON THE MERITS AGAINST DEFENDANTS TECH-START CONSULTING
(USA), INC., AVERY P. HONG, AND SURAJIET KHANNA, JOINTLY AND SEVERALLY**

AVERY P. HONG


By _____
        AVERY P. HONG


HOWARD L. BOBB, ESQ.


By _____
        HOWARD L. BOBB

Attorney for Defendants:
TECH START CONSULTING (USA) INC.
AVERY P. HONG and
SURAJIET KHANNA