UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
SOUTHERN DIVISION

| | |
|---|---|
| DOUGLAS SCHULTZ, DON MACLEAN, GEORGE MANUELIAN, and MATTHEW TEEPLE,<br><br>              Plaintiffs,<br><br>     v.<br><br>TECH-START CONSULTING (USA) INC., AVERY P. HONG, and SURAJIET KHANNA,<br><br>              Defendants. | CASE NO.  SACV 07-1106-JVS (MLGx)<br><br>**NOTICE OF RENEWAL OF JUDGMENT** |

**TO JUDGMENT DEBTORS TECH START CONSULTING (USA) INC., AVERY P. HONG AND SURAJIET KHANNNA:**

**Judgment creditors DOUGLAS SCHULTZ, DON MACLEAN, GEORGE MANUELIAN AND MATTHEW TEEPLE have applied for renewal of judgment entered in the above entitled action on May 20, 2009.**

**A copy of the Application for Renewal of Judgment is attached hereto.**

//

//

---

**NOTICE OF RENEWAL OF JUDGMENT**
1

This renewal extends the period of enforceability of the judgment until 10 years from the date the Application for Renewal was filed.

If you object to this renewal, you may make a motion to vacate or modify the renewal with this Court.  You must make this motion within 30 days after service of this Notice on you.

Date: _____    CLERK OF COURT

BY: _____

DEPUTY CLARK