SMITH & SUSSON, LLP
2 Corporate Plaza Drive, Suite 275
Newport Beach, CA 92660
Telephone (949) 706-1776
Facsimile (949) 706-0776

Scott A. Smith, SBN 62838
Linda J. Burden, SBN 176991

Attorneys for Plaintiffs DOUGLAS SCHULTZ, DON MACLEAN,
GEORGE MANUELIAN and MATTHEW TEEPLE

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
SOUTHERN DIVISION

| | |
|---|---|
| DOUGLAS SCHULTZ, DON MACLEAN, GEORGE MANUELIAN and MATTHEW TEEPLE,<br><br>Plaintiffs,<br><br>v.<br><br>TECH-START CONSULTING (USA) INC., AVERY P. HONG, and SURAJIET KHANNA,<br><br>Defendants. | CASE NO. SACV 07-1106-JVS (MLGx)<br><br>[~~PROPOSED~~] **RENEWED JUDGMENT** |

The Judgment entered in the above entitled action on May 20, 2009 is hereby renewed as follows:

The Judgment entered on May 20, 2009 against defendants TECH-START CONSULTING (USA), INC., AVERY P. HONG, and SURAJIET KHANNA, jointly and severally, in the amount of $1,500,000 [One Million Five Hundred Thousand Dollars] plus attorney's fees in the amount of $56,080 [Fifty Six Thousand Eighty Dollars], plus costs in the amount of $971.51 [Nine Hundred Seventy One Dollars and Fifty One Cents], plus interest thereon pursuant to 28 U.S.C. § 1961 [.52%] from the date of entry of the Stipulated Judgment on May 20, 2009 through May 31, 2009 [$266.16],

plus penalty interest thereafter at the rate of 12% per annum from June 1, 2009 until the judgment is paid in full is renewed effective March 5, 2019. As of the date of this submission (March 5, 2019), 3,576 days have passed since the Stipulated Judgment was entered in the total amount of $1,557,051.51 [One Million Five Hundred Fifty Seven Thousand Fifty One Dollars and Fifty One Cents]. The total interest accrued to date on the Stipulated Judgment is $1,824,703.94 [$266.16 of interest from May 20, 2009 through May 31, 2009 plus $1,824,437.78 from June 1, 2009 to the date of submission of this application [March 5, 2019] at $511.91 per day x 3,564 days]. There are credits after judgment in the amount of $29,250 [Twenty Nine Thousand Two Hundred Fifty Dollars]. There are no costs or fees after judgment. **The total renewed Judgment against defendants/judgment debtors TECH-START CONSULTING (USA), INC., AVERY P. HONG, and SURAJIET KHANNA is $3,295,453.94 [Three Million Two Hundred Ninety Five Thousand Four Hundred Fifty Three Dollars and Ninety Four cents], jointly and severally.**

IT IS SO ORDERED, ADJUDGED AND DECREED.

DATED: March 6, 2019

/s/ Evelyn Synagogue
~~THE HONORABLE JAMES V. SELNA~~
~~UNITED STATES DISTRICT JUDGE~~
Deputy Clerk